

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-12-00476-CR
_____

JOE DANIEL LUNA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court No. B19083-1203, Honorable Edward L. Self, Presiding

July 11, 2013

## ORDER ON MOTION FOR REASONABLE BAIL

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

By opinion dated May 28, 2013, this Court reformed the trial court's judgment of conviction for a third degree felony assault to misdemeanor assault. That portion of the judgment assessing punishment was reversed and the cause was remanded to the trial court for a new punishment hearing. Pending before us is appellant's motion for reasonable bail. Pursuant to our request, the State filed a response by which it does not oppose bail being set. We grant appellant's motion.

Article 44.04(h) of the Texas Code of Criminal Procedure provides that upon reversal of a conviction, a defendant is entitled to release on reasonable bail, regardless of the length of term of imprisonment, pending final determination of the appeal by the State or defendant on petition for discretionary review. The statute further provides this Court shall determine the amount of bail if it is requested before a petition for discretionary review has been filed.

It appearing that appellant is entitled to the relief requested, pursuant to article 44.04(h), the Court hereby sets reasonable bail in the amount of $5,000, conditioned as the law requires.

It is so ordered.

Per Curiam

Do not publish.